UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LLOYD STALCUP, | ) |
| | ) NO.  CV-09-0118-LRS |
| Plaintiff, | ) |
| | ) |
| -vs- | ) ORDER OF DISMISSAL |
| | ) |
| PALISADES ACQUISITION V, LLC, et. al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

BEFORE THE COURT is the parties' Motion and Order of Dismissal (Ct. Rec. 9), filed on August 7, 2009.  The parties have stipulated that the claims of Plaintiff be dismissed with prejudice and without an award of costs or attorney's fees.  The parties further stipulated that the claims of Defendant against the Plaintiff's counsel and counterclaims against the Plaintiff, be dismissed with prejudice and without an award of costs or attorney's fees.  Accordingly,

**IT IS ORDERED** that **Ct. Rec. 9** is hereby **GRANTED** and the above-titled case be dismissed with prejudice and without an award of costs or attorney's fees.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 11th day of August, 2009.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1